**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Texas _____
(State)

Case number (*If known*): 26-[        ] (     ) _____ Chapter 11 _____

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**
   Inspired Healthcare Capital Fund LP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**
   8 1 – 4 5 1 2 1 8 0

4. **Debtor's address**

   **Principal place of business**

   7033 E Greenway Pkwy STE 250
   Number      Street

   Scottsdale                AZ        85254
   City                State      ZIP Code

   Maricopa County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City                State      ZIP Code

5. **Debtor's website** (URL)

| Debtor | Inspired Healthcare Capital Fund LP | Case number *(if known)* 26-[      ] ( ) |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>2</u>  <u>5</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

| Debtor | Inspired Healthcare Capital Fund LP | Case number (if known) 26-[_____] (____) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Rider 1                              Relationship  Affiliate/Business Partner

District  Northern District of Texas                  When  02/02/2026
                                                                                        MM / DD / YYYY

Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                                                Number          Street

                                                _____

                                                _____
                                                City                                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency  _____

Contact name  _____

Phone  _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☑ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

Debtor    <u>Inspired Healthcare Capital Fund LP</u>          Case number *(if known)* 26-[   ][   ]
Name

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☑ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☑ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>02/02/2026</u>
           MM / DD / YYYY

✗ <u>/s/ M. Benjamin Jones</u>             <u>M. Benjamin Jones</u>
Signature of authorized representative of debtor        Printed name

Title <u>Chief Restructuring Officer</u>

**18. Signature of attorney**

✗ <u>/s/ Marcus A. Helt</u>       Date   <u>02/02/2026</u>
Signature of attorney for debtor            MM / DD / YYYY

<u>Marcus A. Helt</u>
Printed name

<u>McDermott Will & Schulte LLP</u>
Firm name

<u>2801 N. Harwood Street STE 2600</u>
Number     Street

<u>Dallas</u>                 <u>TX</u>     <u>75201</u>
City                      State    ZIP Code

<u>(214) 210-2821</u>         <u>mhelt@mcdermottlaw.com</u>
Contact phone              Email address

<u>24052187</u>            <u>Texas</u>
Bar number              State

## Rider 1

**Pending Bankruptcy Cases Filed by the Debtor and
Certain Affiliates and Subsidiaries of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have, substantially contemporaneously herewith, moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Debtor Inspired Healthcare Capital Holdings, LLC.

| # | Debtor Name | EIN Number |
|---|---|---|
| 1 | Inspired Healthcare Capital Holdings, LLC | 81-4506696 |
| 2 | Inspired Senior Living of Appleton ST, LLC | 87-4532139 |
| 3 | Inspired Senior Living of Arlington Heights ST, LLC | 87-2896594 |
| 4 | IHC - Ashbrook ST, LLC | 85-2698511 |
| 5 | Inspired Senior Living of Athens ST, LLC | 87-1553932 |
| 6 | Inspired Senior Living of Augusta ST, LLC | 88-3218351 |
| 7 | Inspired Senior Living of Brookhaven ST, LLC | 87-1720933 |
| 8 | IHC - Candle Light Cove ST, LLC | 87-1163633 |
| 9 | Inspired Senior Living of Carson Valley ST, LLC | 87-2715643 |
| 10 | Inspired Senior Living of Chesterfield ST, LLC | 88-1375762 |
| 11 | Inspired Senior Living of Dartmouth ST, LLC | 93-1647927 |
| 12 | Inspired Senior Living of Delray Beach ST, LLC | 88-3754777 |
| 13 | Inspired Senior Living of Dunedin ST, LLC | 88-2138367 |
| 14 | Inspired Senior Living of Eatonton ST, LLC | 33-3201277 |
| 15 | Inspired Senior Living of Eugene ST, LLC | 92-1357621 |
| 16 | Inspired Senior Living of Fort Myers ST, LLC | 88-2551765 |
| 17 | Inspired Senior Living of Grapevine ST, LLC | 88-3801507 |
| 18 | Inspired Senior Living of Hamilton ST, LLC | 88-0531662 |
| 19 | Inspired Senior Living of Lake Orion ST, LLC | 88-1500370 |
| 20 | Inspired Senior Living of Largo ST, LLC | 88-1980357 |
| 21 | Inspired Senior Living of Las Vegas ST, LLC | 86-3752784 |
| 22 | Inspired Senior Living of Melbourne ST, LLC | 88-3352176 |
| 23 | Inspired Senior Living of Mequon ST, LLC | 92-1862635 |
| 24 | Inspired Senior Living of Naperville ST, LLC | 87-4730623 |
| 25 | Inspired Senior Living of New Braunfels ST, LLC | 99-1433290 |
| 26 | Inspired Senior Living of North Haven ST, LLC | 92-2823239 |
| 27 | IHC-Peachtree ST, LLC | 86-1698942 |
| 28 | Inspired Senior Living of Pinellas Park ST, LLC | 88-1883055 |
| 29 | Inspired Senior Living of Reno ST, LLC | 87-3997985 |
| 30 | Inspired Senior Living of Round Rock ST, LLC | 92-0277045 |
| 31 | Inspired Senior Living of San Marcos ST, LLC | 93-4748508 |
| 32 | Inspired Senior Living of St. Petersburg ST, LLC | 88-2364423 |

| # | Debtor Name | EIN Number |
|---|---|---|
| 33 | Inspired Senior Living of Appleton MT, LLC | 87-4491469 |
| 34 | Inspired Senior Living of Arlington Heights MT, LLC | 87-2761704 |
| 35 | IHC - Ashbrook MT, LLC | 85-2608192 |
| 36 | Inspired Senior Living of Athens MT, LLC | 87-1527364 |
| 37 | Inspired Senior Living of Augusta MT, LLC | 88-2802685 |
| 38 | Inspired Senior Living of Brookhaven MT, LLC | 87-1763882 |
| 39 | IHC - Candle Light Cove MT, LLC | 87-1117309 |
| 40 | Inspired Senior Living of Carson Valley MT, LLC | 87-2652932 |
| 41 | Inspired Senior Living of Chesterfield MT, LLC | 88-1295702 |
| 42 | Inspired Senior Living of Dartmouth MT, LLC | 93-1609369 |
| 43 | Inspired Senior Living of Delray Beach MT, LLC | 88-3002853 |
| 44 | Inspired Senior Living of Dunedin MT, LLC | 88-2081292 |
| 45 | Inspired Senior Living of Eatonton MT, LLC | 33-2889806 |
| 46 | Inspired Senior Living of Eugene MT, LLC | 92-1158493 |
| 47 | Inspired Senior Living of Fort Myers MT, LLC | 88-2413268 |
| 48 | Inspired Senior Living of Grapevine MT, LLC | 88-3095038 |
| 49 | Inspired Senior Living of Hamilton MT, LLC | 87-4682215 |
| 50 | Inspired Senior Living of Lake Orion MT, LLC | 88-1459464 |
| 51 | Inspired Senior Living of Largo MT, LLC | 88-1932562 |
| 52 | Inspired Senior Living of Las Vegas MT, LLC | 86-3732907 |
| 53 | Inspired Senior Living of Melbourne MT, LLC | 88-2958404 |
| 54 | Inspired Senior Living of Mequon MT, LLC | 92-1816590 |
| 55 | Inspired Senior Living of Naperville MT, LLC | 87-4642995 |
| 56 | Inspired Senior Living of New Braunfels MT, LLC | 99-1390688 |
| 57 | Inspired Senior Living of North Haven MT, LLC | 92-2748851 |
| 58 | IHC-Peachtree MT, LLC | 86-1666755 |
| 59 | Inspired Senior Living of Pinellas Park MT, LLC | 88-1776265 |
| 60 | Inspired Senior Living of Reno MT, LLC | 87-3937680 |
| 61 | Inspired Senior Living of Round Rock MT, LLC | 88-3711783 |
| 62 | Inspired Senior Living of San Marcos MT, LLC | 93-4282684 |
| 63 | Inspired Senior Living of St. Petersburg MT, LLC | 88-2328864 |
| 64 | IHC-BI Holdings, LLC | 99-1017549 |
| 65 | Inspired Senior Living of Appleton DST | 87-6994982 |
| 66 | Inspired Senior Living of Arlington Heights DST | 87-6654088 |
| 67 | IHC – Ashbrook DST | 85-6365923 |
| 68 | Inspired Senior Living of Athens DST | 87-6417480 |
| 69 | Inspired Senior Living of Augusta DST | 88-6595711 |
| 70 | Inspired Senior Living of Brookhaven DST | 87-6403342 |
| 71 | Inspired Senior Living of Carson Valley DST | 87-6620330 |
| 72 | IHC – Candle Light Cove DST | 87-6375703 |
| 73 | Inspired Senior Living of Chesterfield DST | 88-6249477 |
| 74 | Inspired Senior Living of Dartmouth DST | 93-6390754 |

| #   | Debtor Name                                          | EIN Number  |
| --- | --------------------------------------------------- | ----------- |
| 75  | Inspired Senior Living of Delray Beach DST           | 88-6696407  |
| 76  | Inspired Senior Living of Dunedin DST                | 88-6387457  |
| 77  | Inspired Senior Living of Eatonton DST               | 33-6687245  |
| 78  | Inspired Senior Living of Eugene DST                 | 92-6207568  |
| 79  | Inspired Senior Living of Fort Myers DST             | 88-6464435  |
| 80  | Inspired Senior Living of Grapevine DST              | 88-6704049  |
| 81  | Inspired Senior Living of Hamilton DST               | 88-6100092  |
| 82  | Inspired Senior Living of Lake Orion DST             | 88-6273187  |
| 83  | Inspired Senior Living of Largo DST                  | 88-6360432  |
| 84  | Inspired Senior Living of Las Vegas DST              | 86-6775828  |
| 85  | Inspired Senior Living of Melbourne DST              | 88-6605292  |
| 86  | Inspired Senior Living of Mequon DST                 | 92-6348843  |
| 87  | Inspired Senior Living of Naperville DST             | 87-7025839  |
| 88  | Inspired Senior Living of New Braunfels DST          | 99-6263165  |
| 89  | Inspired Senior Living of North Haven DST            | 92-6579832  |
| 90  | IHC – Peachtree DST                                  | 86-6457291  |
| 91  | Inspired Senior Living of Pinellas Park DST          | 88-6341781  |
| 92  | Inspired Senior Living of Reno DST                   | 87-6899946  |
| 93  | Inspired Senior Living of Round Rock DST             | 92-6047332  |
| 94  | Inspired Senior Living of San Marcos DST             | 93-6859852  |
| 95  | Inspired Senior Living of St. Petersburg DST         | 88-6428232  |
| 96  | Inspired Healthcare Capital, LLC                     | 88-3538626  |
| 97  | Inspired Healthcare Capital Income Fund LLC          | 84-3306455  |
| 98  | Inspired Healthcare Capital Income Fund 2 LLC        | 85-2254997  |
| 99  | Inspired Healthcare Capital Income Fund 3 LLC        | 87-1194457  |
| 100 | Inspired Healthcare Capital Income Fund 5, LLC       | 92-2385702  |
| 101 | Inspired Healthcare Capital Income Fund 5 Notes, LLC | 93-3716596  |
| 102 | Inspired Healthcare Capital Liquidity Fund, LLC      | 99-3429637  |
| 103 | Inspired Healthcare Capital Fund LP                  | 81-4512180  |
| 104 | IHC Security Income Fund LLC                         | 33-4596915  |
| 105 | IHC Development Fund III, LLC                        | 99-1583377  |
| 106 | IHC Development Fund IV, LLC                         | 33-2758622  |
| 107 | ZOL Management, LLC                                  |             |
| 108 | Hunan 1, LLC                                         | 87-2148271  |
| 109 | MSL Management, LLC                                  |             |
| 110 | Sukiyaki 10, LLC                                     | 93-3611777  |
| 111 | Sukiyaki 14, LLC                                     | 99-3571738  |
| 112 | IHC - Hanover Propco, LLC                            | 86-3679129  |
| 113 | Inspired Senior Living of Hanover, LLC               | 86-3650219  |
| 114 | Inspired Senior Living of San Tan Development, LLC   | 87-2868855  |
| 115 | San Tan Senior Living, LLC                           | 87-2802781  |
| 116 | Inspired Senior Living of Payson Development, LLC    | 87-4344565  |

3

| # | Debtor Name | EIN Number |
|---|---|---|
| 117 | Lucas Construction Holdings, LLC | 87-3459318 |
| 118 | Lucas Construction Group, LLC | 87-3017813 |
| 119 | Innov8tion Holdings, LLC | 92-4019285 |
| 120 | Innov8tion Marketing, LLC | 92-3895578 |
| 121 | Cre8tive Holdings, LLC | 88-0642057 |
| 122 | Cre8tive Architects, LLC | 87-4615954 |
| 123 | Inspired Healthcare Capital Fund Services, LLC | 86-1470447 |
| 124 | Nsite Development, LLC | 87-3017813 |
| 125 | Senior Housing Marketing Agency, LLC | 85-4189723 |
| 126 | Senior Housing Management Group, LLC | 85-3054138 |
| 127 | SHMG-Augusta GA, LLC | |
| 128 | SHMG-Naperville IL, LLC | 88-1816870 |
| 129 | Inspired Senior Living of Creswell Development, LLC | 87-1906329 |
| 130 | Creswell Senior Living, LLC | 87-1938283 |
| 131 | Inspired Senior Living of Winery Lane Development, LLC | 87-1876136 |
| 132 | Winery Lane Senior Living, LLC | 87-1922033 |
| 133 | Volante HoldCo, LLC | 87-3183523 |
| 134 | Volante Senior Living, LLC | 87-3117459 |
| 135 | VSL-Arlington IL, LLC | 87-3803455 |
| 136 | VSL-Ashbrook GA, LLC | 92-3878137 |
| 137 | VSL-Carson Valley NV, LLC | 92-3414830 |
| 138 | VSL-Chesterfield MI, LLC | 88-2449083 |
| 139 | VSL-Delray Beach FL, LLC | 88-3937462 |
| 140 | VSL-Dunedin FL, LLC | 88-2722282 |
| 141 | VSL-Eugene OR, LLC | 92-1781571 |
| 142 | VSL-Fort Myers FL, LLC | 88-3251498 |
| 143 | VSL-Grapevine TX, LLC | 88-3950986 |
| 144 | VSL-Hamilton NJ, LLC | 87-4778123 |
| 145 | VSL-Lake Orion MI, LLC | 88-2469765 |
| 146 | VSL-Largo FL, LLC | 88-2652091 |
| 147 | VSL - Las Vegas NV, LLC | 88-3396914 |
| 148 | VSL-Melbourne FL, LLC | 88-3907290 |
| 149 | VSL - Peachtree AL, LLC | 88-3441358 |
| 150 | VSL-Pinellas FL, LLC | 88-2626059 |
| 151 | VSL-Reno, NV, LLC | 92-3471398 |
| 152 | VSL-Round Rock TX, LLC | 88-4365400 |
| 153 | VSL-San Marcos TX, LLC | 93-4771394 |
| 154 | VSL-ST. Petersburg FL, LLC | 92-1369598 |
| 155 | VSL-Hanover MN, LLC | 87-4457562 |
| 156 | VSL-Harmony OR, LLC | 88-3455005 |
| 157 | VSL-Creswell OR, LLC | 99-4556947 |
| 158 | VSL-Roseburg OR, LLC | 99-4533707 |

| #   | Debtor Name               | EIN Number |
|-----|---------------------------|------------|
| 159 | IHC-Augusta II Propco, LLC | 33-4715786 |
| 160 | IHC – Harmony PropCo, LLC  | 86-3679129 |
| 161 | IHC – Harmony OpCo, LLC    | 85-4071764 |

**OMNIBUS WRITTEN CONSENT
OF THE MANAGERS, MANAGING MEMBERS,
TRUSTEES, GENERAL PARTNERS OR OTHER SIMILAR
GOVERNING BODY, AS APPLICABLE, OF
INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, INSPIRED HEALTHCARE
CAPITAL LLC, AND EACH OF THE ENTITIES SET FORTH
ON SCHEDULE 1 ATTACHED HERETO**

February 2, 2026

**THE UNDERSIGNED**, being (i) the independent manager of Inspired Healthcare Capital Holdings, LLC, a Delaware limited liability company ("IHC Holdings"), (ii) the independent manager of Inspired Healthcare Capital LLC, a Delaware limited liability company ("IHC Capital" and together with IHC Holdings, the "Topcos"), and (iii) the independent manager of each entity set forth on **Schedule 1** attached hereto (the "Signatory Trustees") serving as the Signatory Trustee of each entity set forth on **Schedule 2** attached hereto (the "DSTs"), and, in each case, such entity acting for and on behalf of each entity set forth on **Schedule 3** attached hereto (the entities set forth on Schedule 3 are collectively referred to as the "Companies" and each, a "Company"), as member, manager, trustee, general partner, or other governing body, as applicable, and such Companies acting for and on behalf of each other Company for which such Company serves as member, manager, trustee, general partner, or other governing body, as applicable, hereby consent to the following actions and adopt the following resolutions with respect to each Company. The persons described in clauses (i), (ii), and (iii), each, a "Governing Body" and collectively, the "Governing Bodies".

WHEREAS, each Governing Body has considered certain materials presented by, or on behalf of, each Company's management ("Management") and financial and legal advisors (collectively, the "Advisors"), including, but not limited to, materials regarding the liabilities, obligations, and liquidity of the Companies, the strategic alternatives available to the Companies, and the impact of the foregoing on each Company's business and the business of each Company's affiliates;

WHEREAS, each Governing Body has reviewed and considered presentations by Management and the Advisors of each Company regarding the advantages and disadvantages of filing a voluntary petition for relief (the "Bankruptcy Petition") for each Company pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "Bankruptcy Code");

WHEREAS, each Governing Body has had adequate opportunity to consult with its Management and the Advisors regarding the materials presented, to obtain additional information, and to fully consider each of the strategic alternatives available to each Company; and

WHEREAS, each Governing Body has determined, in the judgment of each Governing Body, that the following resolutions are advisable and in the best interests of each Company, its interest holders, its subsidiaries, its creditors, and other parties in interest.

Voluntary Petition for Relief under Applicable Bankruptcy Law and Seeking Necessary Relief

NOW, THEREFORE, BE IT RESOLVED, that each Governing Body has considered its fiduciary duties under applicable law in exercising their powers and discharging its duties, to act honestly and in good faith with a view to the best interests of each Company as a whole, and to exercise the care, diligence, and skill that a reasonably prudent person would exercise in comparable circumstances;

RESOLVED FURTHER, that in the judgment of each Governing Body, it is desirable and in the best interests of each Company, its interest holders, its subsidiaries, its creditors, and other parties in interest that each Company shall be, and hereby is, in all respects authorized to file, or cause to be filed, the Bankruptcy Petition for each Company under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") or other court of competent jurisdiction, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, in accordance with the requirements of each Company's Governing Documents and applicable law, hereby consents to, authorizes, and approves, the filing of the Bankruptcy Petition;

RESOLVED FURTHER, that any director, manager, trustee, or duly appointed officer of each Company, each acting individually and with full power of substitution (together with any persons to whom such persons delegate certain responsibilities, collectively, the "Authorized Persons") be, and hereby is, authorized to execute and file on behalf of such Company and its subsidiaries all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that such Authorized Person deems necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of such Company or any of its subsidiaries; and

Retention of Professionals

RESOLVED FURTHER, that each of the Authorized Persons, acting individually and with full power of substitution, be, and hereby is, authorized, empowered and directed to employ the following professionals on behalf of each Company: (1) the law firm of McDermott Will & Shulte LLP, as general bankruptcy counsel; (2) the firm of Ankura Consulting Group, LLC ("Ankura"), as financial advisor; (3) the investment bank of Raymond James & Associates, Inc., as investment banker; (4) the firm of Epiq Corporate Restructuring, LLC, as claims, noticing, and solicitation agent; and (5) and any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals such Authorized Person deems necessary, appropriate, or advisable; each to represent and assist such Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses) and to take any and all actions to advance the rights and obligations of each Company, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons be, and hereby is, authorized, empowered, and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services;

2

<u>Cash Collateral, Debtor-in-Possession Financing, and Adequate Protection</u>

RESOLVED FURTHER, that each Company will be extended the benefits, rights, and obligations as necessary or convenient to the conduct, promotion, maintenance, and attainment of the business of each Company, from (1) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "<u>Cash Collateral</u>"), to the extent applicable, which is security for prepetition secured lenders and their respective agents (collectively, the "<u>Secured Parties</u>"), if any, and (2) the entry into that certain DIP term loan credit facility at a stated commitment amount of up to $35,000,000 (the "<u>DIP Facility</u>") subject to the terms and conditions set forth in that certain DIP Credit Agreement (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "<u>DIP Agreement</u>");

RESOLVED FURTHER, that it is in the best interest of each Company listed on **Schedule 4** attached hereto to enter into the DIP Agreement (the "<u>DIP Parties</u>") with Lapis Municipal Opportunities Fund V, LP (the "<u>DIP Lender</u>"), upon the terms and conditions set forth therein, including the granting of security interests and liens to secure the DIP Facility, as applicable;

RESOLVED FURTHER, each of the Authorized Persons of each Company be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of each Company, to take such actions and negotiate or cause to be prepared, negotiated, and extend and to execute, deliver, perform, and cause the performance of (1) DIP Facility, the DIP Agreement, and the interim and final orders approving the DIP Facility (the "<u>DIP Orders</u>"), (2) such other joinders, agreements, certificates, instruments, notices, receipts, recordings, filings, petitions, motions, or other papers or documents to which each Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement or joinders thereto (collectively, the "<u>DIP Documents</u>"), and (3) any amendments or modifications to the DIP Documents (with such changes, modifications, additions, deletions, and amendments thereto as any Authorized Person in his or her sole discretion shall deem required, necessary, appropriate, desirable or advisable), the approval of which shall be conclusively established by the execution and delivery thereof; and

RESOLVED FURTHER, that each of the Authorized Persons of each Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, each Company to file or to authorize the DIP Lender  under the DIP Lender (the "<u>DIP Lender</u>") to file any Uniform Commercial Code (the "<u>UCC</u>") financing statements, any other equivalent filings, any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of each Company that the DIP Lender deems necessary or appropriate to perfect any lien or security interest granted under the DIP Orders, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of each Company and such other filings in respect of intellectual and other property of each Company, in each case as the DIP Lender may reasonably request to perfect the security interests of the DIP Lender under the DIP Orders.

<u>Further Actions and Prior Actions</u>

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the common seal of each Company if

appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of each Company relating to the matters authorized herein;

RESOLVED FURTHER, that each of the Authorized Persons, each acting individually and with full power of substitution be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that such Authorized Person in their absolute discretion deems necessary, appropriate, or desirable in accordance with these resolutions;

RESOLVED FURTHER, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to take any and all such other and further actions, and to do all such other deeds and other things as each Company itself may lawfully do, in accordance with its Governing Documents and applicable law, including but not limited to, the negotiation, finalization, execution, acknowledgement, delivery, and filing of any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds, and other documents on behalf of each Company, and the payment of all expenses, including but not limited to filing fees, in each case as such Authorized Person's or Authorized Persons' may, in his/her/its/their absolute and unfettered discretion approve, deem or determine necessary, appropriate, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; such approval, deeming, or determination to be conclusively evidenced by said individual taking such action or the execution thereof;

RESOLVED FURTHER, that each Governing Body has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice; and

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of each Governing Body.

*[Signature Pages to Follow]*

**IN WITNESS WHEREOF**, the undersigned Governing Bodies hereby take the foregoing actions and adopt the foregoing resolutions by written consent without a meeting of such Governing Bodies, effective for all purposes as of the date first written above.

**INDEPENDENT     MANAGER     OF     IHC HOLDINGS AND IHC CAPITAL**

**CRS CAPSTONE PARTNERS LLC**

By: _James Calandra_
Signed by:
9B422AF54665488...
Name:   James Calandra
Title:    Managing Director

*Signature Page to Joint Written Consent*

*(IHC Companies)*

**IN WITNESS WHEREOF**, the undersigned Governing Bodies hereby take the foregoing actions and adopt the foregoing resolutions by written consent without a meeting of such Governing Bodies, effective for all purposes as of the date first written above.

<u>**INDEPENDENT MANAGER OF EACH SIGNATORY TRUSTEE:**</u>

**TRINITY RIVER ADVISORS, LLC**

By: _____
Name:  Mark Andrews
Title:   Managing Director

*Signature Page to Joint Written Consent*

*(IHC Companies)*

## <u>Schedule 1</u>

**The Signatory Trustees**

1. IHC - Ashbrook ST, LLC
2. IHC - Candle Light Cove ST, LLC
3. IHC - Peachtree ST, LLC
4. Inspired Senior Living of Appleton ST LLC
5. Inspired Senior Living of Arlington Heights ST, LLC
6. Inspired Senior Living of Athens ST, LLC
7. Inspired Senior Living of Augusta ST, LLC
8. Inspired Senior Living of Brookhaven ST, LLC
9. Inspired Senior Living of Carson Valley ST, LLC
10. Inspired Senior Living of Chesterfield ST, LLC
11. Inspired Senior Living of Dartmouth ST, LLC
12. Inspired Senior Living of Delray Beach ST, LLC
13. Inspired Senior Living of Dunedin ST, LLC
14. Inspired Senior Living of Eatonton ST LLC
15. Inspired Senior Living of Eugene ST, LLC
16. Inspired Senior Living of Fort Myers ST, LLC
17. Inspired Senior Living of Grapevine ST, LLC
18. Inspired Senior Living of Hamilton ST, LLC
19. Inspired Senior Living of Lake Orion ST, LLC
20. Inspired Senior Living of Largo ST, LLC
21. Inspired Senior Living of Las Vegas ST, LLC
22. Inspired Senior Living of Melbourne ST, LLC
23. Inspired Senior Living of Mequon ST, LLC
24. Inspired Senior Living of Naperville ST, LLC
25. Inspired Senior Living of New Braunfels ST, LLC
26. Inspired Senior Living of North Haven ST, LLC
27. Inspired Senior Living of Pinellas Park ST, LLC
28. Inspired Senior Living of Reno ST, LLC
29. Inspired Senior Living of Round Rock ST, LLC
30. Inspired Senior Living of San Marcos ST LLC
31. Inspired Senior Living of St. Petersburg ST, LLC

<u>**Schedule 2**</u>

**The DSTs**

1. **Inspired Senior Living of Appleton DST**,
   by Inspired Senior Living of Appleton ST, LLC, its Signatory Trustee
2. **Inspired Senior Living of Arlington Heights DST**,
   by Inspired Senior Living of Arlington Heights ST, LLC, its Signatory Trustee
3. **IHC – Ashbrook DST**,
   by IHC – Ashbrook ST, LLC, its Signatory Trustee
4. **Inspired Senior Living of Athens DST**,
   by Inspired Senior Living of Athens ST, LLC, its Signatory Trustee
5. **Inspired Senior Living of Augusta DST**
   by Inspired Senior Living of Augusta, ST, LLC, its Signatory Trustee
6. **Inspired Senior Living of Brookhaven DST**,
   by Inspired Senior Living of Brookhaven ST, LLC, its Signatory Trustee
7. **Inspired Senior Living of Carson Valley DST**,
   by Inspired Senior Living of Carson Valley ST, LLC, its Signatory Trustee
8. **IHC – Candle Light Cove DST**,
   by IHC – Candle Light Cove ST, LLC, its Signatory Trustee
9. **Inspired Senior Living of Chesterfield DST**,
   by Inspired Senior Living of Chesterfield ST, LLC, its Signatory Trustee
10. **Inspired Senior Living of Dartmouth DST**,
    by Inspired Senior Living of Dartmouth ST, LLC, its Signatory Trustee
11. **Inspired Senior Living of Delray Beach DST**,
    by Inspired Senior Living of Delray Beach ST, LLC, its Signatory Trustee
12. **Inspired Senior Living of Dunedin DST**,
    by Inspired Senior Living of Dunedin ST, LLC, its Signatory Trustee
13. **Inspired Senior Living of Eatonton DST**,
    by Inspired Senior Living of Eatonton ST, LLC, its Signatory Trustee
14. **Inspired Senior Living of Eugene DST**,
    by Inspired Senior Living of Eugene ST, LLC, its Signatory Trustee
15. **Inspired Senior Living of Fort Myers DST**
    by Inspired Senior Living of Fort Myers ST, LLC, its Signatory Trustee
16. **Inspired Senior Living of Grapevine DST**,
    by Inspired Senior Living of Grapevine ST, LLC, its Signatory Trustee
17. **Inspired Senior Living of Hamilton DST**,
    by Inspired Senior Living of Hamilton ST, LLC, its Signatory Trustee
18. **Inspired Senior Living of Lake Orion DST**,
    by Inspired Senior Living of Lake Orion ST, LLC, its Signatory Trustee
19. **Inspired Senior Living of Largo DST**,
    by Inspired Senior Living of Largo ST, LLC, its Signatory Trustee
20. **Inspired Senior Living of Las Vegas DST**,
    by Inspired Senior Living of Las Vegas ST, LLC, its Signatory Trustee
21. **Inspired Senior Living of Melbourne DST**,
    by Inspired Senior Living of Melbourne ST, LLC, its Signatory Trustee

22. **Inspired Senior Living of Mequon DST**,
    by Inspired Senior Living of Mequon ST, LLC, its Signatory Trustee
23. **Inspired Senior Living of Naperville DST**,
    by Inspired Senior Living of Naperville ST, LLC, its Signatory Trustee
24. **Inspired Senior Living of New Braunfels DST**,
    by Inspired Senior Living of New Braunfels ST, LLC, its Signatory Trustee
25. **Inspired Senior Living of North Haven DST**,
    by Inspired Senior Living of North Haven ST, LLC, its Signatory Trustee
26. **IHC - Peachtree DST**,
    by IHC - Peachtree ST, LLC, its Signatory Trustee
27. **Inspired Senior Living of Pinellas Park DST**,
    by Inspired Senior Living of Pinellas Park ST, LLC, its Signatory Trustee
28. **Inspired Senior Living of Reno DST**,
    by Inspired Senior Living of Reno ST, LLC, its Signatory Trustee
29. **Inspired Senior Living of Round Rock DST**,
    by Inspired Senior Living of Round Rock ST, LLC its Signatory Trustee
30. **Inspired Senior Living of San Marcos DST**,
    by Inspired Senior Living of San Marcos ST LLC, its Signatory Trustee
31. **Inspired Senior Living of St. Petersburg DST**,
    by Inspired Senior Living of St Petersburg ST, LLC, its Signatory Trustee

## <u>Schedule 3</u>

### The Companies

1. Inspired Healthcare Capital Holdings, LLC
2. Inspired Senior Living of Appleton ST LLC
3. Inspired Senior Living of Arlington Heights ST, LLC
4. IHC - Ashbrook ST, LLC
5. Inspired Senior Living of Athens ST, LLC
6. Inspired Senior Living of Augusta ST, LLC
7. Inspired Senior Living of Brookhaven ST, LLC
8. IHC - Candle Light Cove ST, LLC
9. Inspired Senior Living of Carson Valley ST, LLC
10. Inspired Senior Living of Chesterfield ST, LLC
11. Inspired Senior Living of Dartmouth ST, LLC
12. Inspired Senior Living of Delray Beach ST, LLC
13. Inspired Senior Living of Dunedin ST, LLC
14. Inspired Senior Living of Eatonton ST LLC
15. Inspired Senior Living of Eugene ST, LLC
16. Inspired Senior Living of Fort Myers ST, LLC
17. Inspired Senior Living of Grapevine ST, LLC
18. Inspired Senior Living of Hamilton ST, LLC
19. Inspired Senior Living of Lake Orion ST, LLC
20. Inspired Senior Living of Largo ST, LLC
21. Inspired Senior Living of Las Vegas ST, LLC
22. Inspired Senior Living of Melbourne ST, LLC
23. Inspired Senior Living of Mequon ST, LLC
24. Inspired Senior Living of Naperville ST, LLC
25. Inspired Senior Living of New Braunfels ST, LLC
26. Inspired Senior Living of North Haven ST, LLC
27. IHC - Peachtree ST, LLC
28. Inspired Senior Living of Pinellas Park ST, LLC
29. Inspired Senior Living of Reno ST, LLC
30. Inspired Senior Living of Round Rock ST, LLC
31. Inspired Senior Living of San Marcos ST LLC
32. Inspired Senior Living of St. Petersburg ST, LLC
33. Inspired Senior Living of Appleton MT LLC
34. Inspired Senior Living of Arlington Heights MT, LLC
35. IHC - Ashbrook MT, LLC
36. Inspired Senior Living of Athens MT, LLC
37. Inspired Senior Living of Augusta MT, LLC
38. Inspired Senior Living of Brookhaven MT, LLC
39. IHC - Candle Light Cove MT, LLC
40. Inspired Senior Living of Carson Valley MT, LLC

41. Inspired Senior Living of Chesterfield MT, LLC
42. Inspired Senior Living of Dartmouth MT, LLC
43. Inspired Senior Living of Delray Beach MT, LLC
44. Inspired Senior Living of Dunedin MT, LLC
45. Inspired Senior Living of Eatonton MT LLC
46. Inspired Senior Living of Eugene MT, LLC
47. Inspired Senior Living of Fort Myers MT, LLC
48. Inspired Senior Living of Grapevine MT, LLC
49. Inspired Senior Living of Hamilton MT, LLC
50. Inspired Senior Living of Lake Orion MT, LLC
51. Inspired Senior Living of Largo MT, LLC
52. Inspired Senior Living of Las Vegas MT, LLC
53. Inspired Senior Living of Melbourne MT, LLC
54. Inspired Senior Living of Mequon MT, LLC
55. Inspired Senior Living of Naperville MT, LLC
56. Inspired Senior Living of New Braunfels MT, LLC
57. Inspired Senior Living of North Haven MT, LLC
58. IHC - Peachtree MT, LLC
59. Inspired Senior Living of Pinellas Park MT, LLC
60. Inspired Senior Living of Reno MT, LLC
61. Inspired Senior Living of Round Rock MT, LLC
62. Inspired Senior Living of San Marcos MT LLC
63. Inspired Senior Living of St. Petersburg MT, LLC
64. IHC-BI Holdings LLC
65. Inspired Senior Living of Appleton DST
66. Inspired Senior Living of Arlington Heights DST
67. IHC – Ashbrook DST
68. Inspired Senior Living of Athens DST
69. Inspired Senior Living of Augusta DST
70. Inspired Senior Living of Brookhaven DST
71. Inspired Senior Living of Carson Valley DST
72. IHC - Candle Light Cove DST
73. Inspired Senior Living of Chesterfield DST
74. Inspired Senior Living of Dartmouth DST
75. Inspired Senior Living of Delray Beach DST
76. Inspired Senior Living of Dunedin DST
77. Inspired Senior Living of Eatonton DST
78. Inspired Senior Living of Eugene DST
79. Inspired Senior Living of Fort Myers DST
80. Inspired Senior Living of Grapevine DST
81. Inspired Senior Living of Hamilton DST
82. Inspired Senior Living of Lake Orion DST
83. Inspired Senior Living of Largo DST
84. Inspired Senior Living of Las Vegas DST
85. Inspired Senior Living of Melbourne DST
86. Inspired Senior Living of Mequon DST

87. Inspired Senior Living of Naperville DST
88. Inspired Senior Living of New Braunfels DST
89. Inspired Senior Living of North Haven DST
90. IHC - Peachtree DST
91. Inspired Senior Living of Pinellas Park DST
92. Inspired Senior Living of Reno DST
93. Inspired Senior Living of Round Rock DST
94. Inspired Senior Living of San Marcos DST
95. Inspired Senior Living of St. Petersburg DST
96. Inspired Healthcare Capital LLC
97. Inspired Healthcare Capital Income Fund LLC
98. Inspired Healthcare Capital Income Fund 2 LLC
99. Inspired Healthcare Capital Income Fund 3, LLC
100. Inspired Healthcare Capital Income Fund 5, LLC
101. Inspired Healthcare Capital Income Fund 5 Notes, LLC
102. Inspired Healthcare Capital Liquidity Fund, LLC
103. Inspired Healthcare Capital Fund LP
104. IHC Security Income Fund LLC
105. IHC Development Fund III, LLC
106. IHC Development Fund IV, LLC
107. ZOL Management, LLC
108. Hunan 1, LLC
109. MSL Management, LLC
110. Sukiyaki 10, LLC
111. Sukiyaki 14, LLC
112. IHC - Hanover Propco, LLC
113. Inspired Senior Living of Hanover, LLC
114. Inspired Senior Living of San Tan Development, LLC
115. San Tan Senior Living, LLC
116. Inspired Senior Living of Payson Development, LLC
117. Lucas Construction Holdings, LLC
118. Lucas Construction Group, LLC
119. Innov8tion Holdings, LLC
120. Innov8tion Marketing, LLC
121. Cre8tive Holdings, LLC
122. Cre8tive Architects, LLC
123. Inspired Healthcare Capital Fund Services, LLC
124. Nsite Development, LLC
125. Senior Housing Marketing Agency, LLC
126. Senior Housing Management Group, LLC
127. SHMG-Augusta GA, LLC
128. SHMG-Naperville IL, LLC
129. Inspired Senior Living of Creswell Development, LLC
130. Creswell Senior Living, LLC
131. Inspired Senior Living of Winery Lane Development LLC
132. Winery Lane Senior Living, LLC

133. Volante HoldCo, LLC
134. Volante Senior Living LLC
135. VSL-Arlington IL, LLC
136. VSL-Ashbrook GA, LLC
137. VSL-Carson Valley NV, LLC
138. VSL-Chesterfield MI, LLC
139. VSL-Delray Beach FL, LLC
140. VSL-Dunedin FL, LLC
141. VSL-Eugene OR, LLC
142. VSL-Fort Myers FL, LLC
143. VSL-Grapevine TX, LLC
144. VSL- Hamilton NJ, LLC
145. VSL- Lake Orion MI, LLC
146. VSL-Largo FL, LLC
147. VSL-Las Vegas NV, LLC
148. VSL-Melbourne FL, LLC
149. VSL-Peachtree AL, LLC
150. VSL-Pinellas FL, LLC
151. VSL-Reno, NV, LLC
152. VSL-Round Rock TX, LLC
153. VSL - San Marcos TX, LLC
154. VSL-St. Petersburg FL, LLC
155. VSL-Hanover MN, LLC
156. VSL-Harmony OR, LLC
157. VSL-Creswell OR, LLC
158. VSL-Roseburg OR, LLC
159. IHC-Augusta II Propco, LLC
160. IHC – Harmony PropCo, LLC
161. IHC – Harmony OpCo, LLC

**Schedule 4**

**DIP Parties**

Inspired Healthcare Capital, LLC
Inspired Healthcare Capital Holdings, LLC
IHC – Ashbrook MT, LLC
Inspired Senior Living of Appleton MT, LLC
Inspired Senior Living of Chesterfield MT, LLC
Inspired Senior Living of Dartmouth MT, LLC
Inspired Senior Living of Eatonton MT, LLC
Inspired Senior Living of Round Rock MT, LLC
Inspired Senior Living of Arlington Heights MT, LLC
Inspired Senior Living of Athens MT, LLC
Inspired Senior Living of Carson Valley MT, LLC
Inspired Senior Living of Lake Orion MT, LLC
Inspired Senior Living of Las Vegas MT, LLC
Inspired Senior Living of Largo MT, LLC
Inspired Senior Living of Mequon MT, LLC
Inspired Senior Living of Naperville MT, LLC
IHC – Peachtree MT, LLC
Inspired Senior Living of Pinellas Park MT, LLC
Inspired Senior Living of San Marcos MT, LLC
Inspired Senior Living of New Braunfels MT, LLC
Inspired Senior Living of Appleton ST, LLC
IHC – Ashbrook ST LLC
Inspired Senior Living of Chesterfield ST, LLC
Inspired Senior Living of Dartmouth ST, LLC
Inspired Senior Living of Eatonton ST, LLC
Inspired Senior Living of Round Rock ST, LLC
Inspired Senior Living of Arlington Heights ST, LLC
Inspired Senior Living of Athens ST, LLC
Inspired Senior Living of Carson Valley ST, LLC
Inspired Senior Living of Lake Orion ST, LLC
Inspired Senior Living of Las Vegas ST, LLC
Inspired Senior Living of Largo ST, LLC
Inspired Senior Living of Mequon ST, LLC
Inspired Senior Living of Naperville ST, LLC
IHC – Peachtree ST, LLC
Inspired Senior Living of Pinellas Park ST, LLC
Inspired Senior Living of San Marcos ST, LLC
Inspired Senior Living of New Braunfels ST, LLC
Inspired Senior Living of Appleton DST
IHC – Ashbrook DST
Inspired Senior Living of Chesterfield DST
Inspired Senior Living of Dartmouth DST
Inspired Senior Living of Eatonton DST

Inspired Senior Living of Round Rock DST
Inspired Senior Living of Arlington Heights DST
Inspired Senior Living of Athens DST
Inspired Senior Living of Carson Valley DST
Inspired Senior Living of Lake Orion DST
Inspired Senior Living of Las Vegas DST
Inspired Senior Living of Largo DST
Inspired Senior Living of Mequon DST
Inspired Senior Living of Naperville DST
IHC – Peachtree DST
Inspired Senior Living of Pinellas Park DST
Inspired Senior Living of San Marcos DST
Inspired Senior Living of New Braunfels DST
Inspired Senior Living of Augusta DST
Inspired Senior Living of Brookhaven DST
IHC – Candle Light Cove DST
Inspired Senior Living of Grapevine DST
Inspired Senior Living of Delray Beach DST
Inspired Senior Living of Dunedin DST
Inspired Senior Living of Eugene DST
Inspired Senior Living of Fort Myers DST
Inspired Senior Living of Hamilton DST
Inspired Senior Living of Melbourne DST
Inspired Senior Living of North Haven DST
Inspired Senior Living of Reno DST
Inspired Senior Living of St. Petersburg DST
Inspired Senior Living of Augusta MT, LLC
Inspired Senior Living of Brookhaven MT, LLC
IHC – Candle Light Cove MT, LLC
Inspired Senior Living of Grapevine MT, LLC
Inspired Senior Living of Delray Beach MT, LLC
Inspired Senior Living of Dunedin MT, LLC
Inspired Senior Living of Eugene MT, LLC
Inspired Senior Living of Fort Myers MT, LLC
Inspired Senior Living of Hamilton MT, LLC
Inspired Senior Living of Melbourne MT, LLC
Inspired Senior Living of North Haven MT, LLC
Inspired Senior Living of Reno MT, LLC
Inspired Senior Living of St. Petersburg MT, LLC
Inspired Senior Living of Augusta ST, LLC
Inspired Senior Living of Brookhaven ST, LLC
IHC – Candle Light Cove St, LLC
Inspired Senior Living of Grapevine ST, LLC
Inspired Senior Living of Delray Beach ST, LLC
Inspired Senior Living of Dunedin ST, LLC
Inspired Senior Living of Eugene ST, LLC

Inspired Senior Living of Fort Myers ST, LLC
Inspired Senior Living of Hamilton ST, LLC
Inspired Senior Living of Melbourne ST, LLC
Inspired Senior Living of North Haven ST, LLC
Inspired Senior Living of Reno ST, LLC
Inspired Senior Living of St. Petersburg ST, LLC
Inspired Healthcare Capital Income Fund LLC
Inspired Healthcare Capital Income Fund 2 LLC
Inspired Healthcare Capital Income Fund 3, LLC
Inspired Healthcare Capital Income Fund 5, LLC
Inspired Healthcare Capital Income Fund 5 Notes, LLC
Inspired Healthcare Capital Liquidity Fund, LLC
Inspired Healthcare Capital Fund LP
IHC Security Income Fund LLC
IHC Development Fund III, LLC
IHC Development Fund IV, LLC
ZOL Management, LLC
Hunan 1, LLC
MSL Management, LLC
Sukiyaki 10, LLC
Sukiyaki 14, LLC
IHC - Hanover Propco, LLC
Inspired Senior Living of Hanover, LLC
Inspired Senior Living of San Tan Development, LLC
San Tan Senior Living, LLC
Inspired Senior Living of Payson Development, LLC
Lucas Construction Holdings, LLC
Lucas Construction Group, LLC
Innov8tion Holdings, LLC
Innov8tion Marketing, LLC
Cre8tive Holdings, LLC
Cre8tive Architects, LLC
Inspired Healthcare Capital Fund Services, LLC
Nsite Development, LLC
Senior Housing Marketing Agency, LLC
Senior Housing Management Group, LLC
SHMG-Augusta GA, LLC
SHMG-Naperville IL, LLC
Inspired Senior Living of Creswell Development, LLC
Creswell Senior Living, LLC
Inspired Senior Living of Winery Lane Development LLC
Winery Lane Senior Living, LLC
Volante HoldCo, LLC
Volante Senior Living LLC
VSL-Arlington IL, LLC
VSL-Ashbrook GA, LLC

VSL-Carson Valley NV, LLC
VSL-Chesterfield MI, LLC
VSL-Delray Beach FL, LLC
VSL-Dunedin FL, LLC
VSL-Eugene OR, LLC
VSL-Fort Myers FL, LLC
VSL-Grapevine TX, LLC
VSL- Hamilton NJ, LLC
VSL- Lake Orion MI, LLC
VSL-Largo FL, LLC
VSL-Las Vegas NV, LLC
VSL-Melbourne FL, LLC
VSL-Peachtree AL, LLC
VSL-Pinellas FL, LLC
VSL-Reno, NV, LLC
VSL-Round Rock TX, LLC
VSL - San Marcos TX, LLC
VSL-St. Petersburg FL, LLC
VSL-Hanover MN, LLC
VSL-Harmony OR, LLC
VSL-Creswell OR, LLC
VSL-Roseburg OR, LLC
IHC-Augusta II Propco, LLC
IHC – Harmony PropCo, LLC
IHC – Harmony OpCo, LLC

<table>
<tr><td>Fill in this information to Identify the case:</td></tr>
</table>

Debtor Name:   Inspired Healthcare Capital Fund LP

United States Bankruptcy Court for the:   Northern District of Texas

Case Number (If known):   26-[_____]

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   NAME ON FILE ADDRESS ON FILE | CONTACT: A. JOHN CUNICELLA PHONE: +1 (908) 228-2598 JCUNICELLA@SYMMETRYFG.NET | UNSECURED NOTES | U | | | $2,500,000.00 |
| 2   NAME ON FILE ADDRESS ON FILE | CONTACT: NAME ON FILE PHONE: PHONE NO. ON FILE EMAIL ON FILE | UNSECURED NOTES | U | | | $2,500,000.00 |
| 3   NAME ON FILE ADDRESS ON FILE | CONTACT: DANIEL S. PIKULA PHONE: +1 (561) 777-2846 DANIELSPIKULA@MONEYMANAGERINC.COM | UNSECURED NOTES | U | | | $2,000,000.00 |
| 4   NAME ON FILE ADDRESS ON FILE | CONTACT: DANIEL S. PIKULA PHONE: +1 (561) 777-2846 DANIELSPIKULA@MONEYMANAGERINC.COM | UNSECURED NOTES | U | | | $1,750,000.00 |
| 5   NAME ON FILE ADDRESS ON FILE | CONTACT: MATTHEW WILSON PHONE: +1 (720) 722-3820 MATTWILSON@AFPADVISOR.COM | UNSECURED NOTES | U | | | $1,450,000.00 |
| 6   NAME ON FILE ADDRESS ON FILE | CONTACT: ROGER BOWLIN PHONE: +1 (206) 686-2211 RWBOWLIN@RWBIS.COM | UNSECURED NOTES | U | | | $1,100,000.00 |
| 7   NAME ON FILE ADDRESS ON FILE | CONTACT: MATTHEW WILSON PHONE: +1 (720) 722-3820 MATTWILSON@AFPADVISOR.COM | UNSECURED NOTES | U | | | $1,100,000.00 |

Debtor: Inspired Healthcare Capital Fund LP    Case Number (if known): 26-[_____] (____)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  NAME ON FILE ADDRESS ON FILE | CONTACT: CHRIS NESTON PHONE: +1 (651) 789-1064 CHRIS@CHRISNESTON.COM | UNSECURED NOTES | U | | | $1,080,000.00 |
| 9  NAME ON FILE ADDRESS ON FILE | CONTACT: MARK NICHOLS PHONE: +1 (239) 244-8644 MARK@CHARTERFINGROUP.COM | UNSECURED NOTES | U | | | $1,075,268.82 |
| 10  NAME ON FILE ADDRESS ON FILE | CONTACT: JASON FERNEAU PHONE: +1 (720) 445-2162 JFERNEAU@EMERSONEQUITY.COM | UNSECURED NOTES | U | | | $1,000,000.00 |
| 11  NAME ON FILE ADDRESS ON FILE | CONTACT: SHIRLEY WONG PHONE: +1 (650) 731-4428 SWONG@EMERSONEQUITY.COM | UNSECURED NOTES | U | | | $1,000,000.00 |
| 12  NAME ON FILE ADDRESS ON FILE | CONTACT: NAME ON FILE PHONE: PHONE NO. ON FILE EMAIL ON FILE | UNSECURED NOTES | U | | | $1,000,000.00 |
| 13  NAME ON FILE ADDRESS ON FILE | CONTACT: ROGER BOWLIN PHONE: +1 (206) 686-2211 RWBOWLIN@RWBIS.COM | UNSECURED NOTES | U | | | $1,000,000.00 |
| 14  NAME ON FILE ADDRESS ON FILE | CONTACT: BENJAMIN J HILL PHONE: +1 (805) 449-1132 BENJAMIN@WEALTH-INC.COM | UNSECURED NOTES | U | | | $1,000,000.00 |
| 15  NAME ON FILE ADDRESS ON FILE | CONTACT: MICHELLE OSBORNE PHONE: +1 (727) 459-4875 MOSBORNE@EMERSONEQUITY.COM | UNSECURED NOTES | U | | | $900,000.00 |
| 16  NAME ON FILE ADDRESS ON FILE | CONTACT: CHRISTOPHER DOYLE PHONE: +1 (212) 404-7002 CDOYLE@KINGSWOODUS.COM | UNSECURED NOTES | U | | | $850,000.00 |
| 17  NAME ON FILE ADDRESS ON FILE | CONTACT: GREGORY RICHARDS PHONE: +1 (480) 823-2373 GRICHARDS@KINGSWOODUS.COM | UNSECURED NOTES | U | | | $825,800.00 |
| 18  NAME ON FILE ADDRESS ON FILE | CONTACT: TIMOTHY W. STEFFEN PHONE: +1 (715) 793-4745 STEFFENINV@KCDFINANCIAL.COM | UNSECURED NOTES | U | | | $800,000.00 |
| 19  NAME ON FILE ADDRESS ON FILE | CONTACT: NAME ON FILE PHONE: PHONE NO. ON FILE EMAIL ON FILE | UNSECURED NOTES | U | | | $800,000.00 |
| 20  NAME ON FILE ADDRESS ON FILE | CONTACT: MIKAYLA RALEIGH PHONE: +1 (919) 852-1215 MRALEIGH@GPCCHI.COM | UNSECURED NOTES | U | | | $750,900.00 |

Debtor: Inspired Healthcare Capital Fund LP                    Case Number (if known): 26-[_____] (___)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  NAME ON FILE ADDRESS ON FILE | CONTACT: CONRAD BRANSON PHONE: +1 (415) 710-5801 CBRANSON@KINGSWOODUS.COM | UNSECURED NOTES | U | | | $720,000.00 |
| 22  NAME ON FILE ADDRESS ON FILE | CONTACT: PETER PO PHONE: +1 (408) 873-2288 PPO@EMERSONEQUITY.COM | UNSECURED NOTES | U | | | $695,000.00 |
| 23  NAME ON FILE ADDRESS ON FILE | CONTACT: MICHELLE FORD PHONE: +1 (908) 340-6000 MICHELLE.FORD@LIFELONGRETIREMENTCORP.COM | UNSECURED NOTES | U | | | $645,161.29 |
| 24  NAME ON FILE ADDRESS ON FILE | CONTACT: NAME ON FILE PHONE: PHONE NO. ON FILE EMAIL ON FILE | UNSECURED NOTES | U | | | $613,482.49 |
| 25  NAME ON FILE ADDRESS ON FILE | CONTACT: GEORGE WALLACE SMITH PHONE: +1 (303) 791-2253 WALLACE@RIDGEFIN.COM | UNSECURED NOTES | U | | | $600,000.00 |
| 26  NAME ON FILE ADDRESS ON FILE | CONTACT: ERIC HECKMAN PHONE: +1 (408) 297-9800 SERVICE@WEALTHCREATOR.COM | UNSECURED NOTES | U | | | $597,628.52 |
| 27  NAME ON FILE ADDRESS ON FILE | CONTACT: KYLE KLINGER PHONE: +1 (619) 289-8760 KYLE@HAWKSTREETWEALTH.COM | UNSECURED NOTES | U | | | $565,053.76 |
| 28  NAME ON FILE ADDRESS ON FILE | CONTACT: JUSTIN WINE PHONE: +1 (703) 626-2637 JWINE@ASPEN-WM.COM | UNSECURED NOTES | U | | | $521,000.00 |
| 29  NAME ON FILE ADDRESS ON FILE | CONTACT: DANIEL S. PIKULA PHONE: +1 (561) 777-2846 DANIELSPIKULA@MONEYMANAGERINC.COM | UNSECURED NOTES | U | | | $518,000.00 |
| 30  EMERSON EQUITY BRIDGE FUND I, LLC C/O BROWN RUDNICK LLP 2211 MICHELSON DR IRVINE, CA  92612 | CONTACT: TRISTAN G. AXELROD PHONE: +1 (617) 856-8456 TAXELROD@BROWNRUDNICK.COM | LITIGATION | C/U/D | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH  DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| INSPIRED HEALTHCARE CAPITAL | ) |
| HOLDINGS, LLC, *et al.*[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 26-[_____] (___)

(Joint Administration Requested)

**CONSOLIDATED LIST OF EQUITY INTEREST HOLDERS
AND CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. BANKR. P. 1007(A)(1), 1007(A)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and to enable the Judges to evaluate possible disqualification or recusal, attached hereto as **<u>Exhibit A</u>** is a corporate structure chart (the "<u>Corporate Structure Chart</u>") reflecting the ownership interests of Inspired Healthcare Capital Holdings, LLC, Inspired Healthcare Capital, LLC and certain of its direct and indirect subsidiaries (each, a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>").   The Debtors respectfully represent, as of the date hereof, the following:

1.      The equity securities of each of the Debtor entities is privately held and a list of the issued and outstanding common stock, prepared in accordance with Bankruptcy Rule 1007(a)(3), is attached hereto as **<u>Exhibit B</u>**.[2]

2.      For Debtors where **<u>Exhibit B</u>** does not reflect 100% ownership by its direct parent, other than as set forth below, no other corporation (as such term is defined in section 101(9) of title 11 of the United States Code), public or private, owns 10% or more of any class of a Debtor's common equity interests:

a.      10.60% of the common equity interests of Debtor Inspired Senior Living of Arlington Heights DST are held by Swanson Developments LP with address 1188 Park Ave, Murfreesboro, TN 37129, USA.

b.      14.35% of the common equity interests of Debtor Inspired Senior Living of Augusta DST are held by Lone Rock Canyon Enterprises, LLC with address 3603 Mammoth Dr, Loomis, CA 95650, USA.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare.  The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[2]    Holdings are reflected in percentages rounded to the nearest hundredth of a percent.

c.      16.50% of the common equity interests of Debtor Inspired Senior Living of Chesterfield DST are held by Watson Family Assets LLC with address 201 Brookside Court South, Swansboro, NC 28584, USA.

d.      11.09% of the common equity interests of Debtor Inspired Senior Living of Dunedin DST are held by Jefferson Manor, LLC with address PO Box 1806, Fayetteville, AR 72702, USA.

e.      14.51% of the common equity interests of Debtor Inspired Senior Living of Eugene DST are held by San Miguel Family Holdings, LLC with address 3603 Mammoth Dr, Loomis, CA 95650, USA.

f.      17.43% of the common equity interests of Debtor Inspired Senior Living of Fort Myers DST are held by Lone Rock Canyon Enterprises, LLC with address 3603 Mammoth Dr, Loomis, CA 95650, USA.

g.      17.53% of the common equity interests of Debtor Inspired Senior Living of Grapevine DST are held by ROP Retail 3, LLC with address 26527 Agoura Rd, Ste 200, Calabasas, CA 91302, USA.

h.      22.29% of the common equity interests of Debtor Inspired Senior Living of Las Vegas DST are held by E & M Investments LLC with address 5808 Iris Ct #C-05, Oakland Township, MI 48306, USA.

i.      14.28% of the common equity interests of Debtor Inspired Senior Living of Pinellas Park DST are held by Las Joyas, LLC with address 4201 N Ocean Blvd C-909, Boca Raton, FL 33431, USA, and 14.13% of the common equity interests of Debtor Inspired Senior Living of Pinellas Park DST are held by PSK Realty LLC with address 40 Edison Ave, Oakland, NJ 07436, USA.

j.      14.52% of the common equity interests of Debtor Inspired Senior Living of Round Rock DST are held by A.L. Holdings, Inc. with address 567 Eldora Rd, Pasadena, CA 91104, USA.

k.      87.10% of the common equity interests of Debtor Inspired Senior Living of Creswell Development, LLC are held by IHC-BI Holdings, LLC with address Inspired Healthcare Capital Holdings, LLC, 7033 E Greenway Pkwy STE 250, Scottsdale, AZ 85254, USA.

l.      10.79% of the common equity interests of Debtor Inspired Senior Living of Winery Lane Development, LLC are held by IHC-BI Holdings, LLC with address Inspired Healthcare Capital Holdings, LLC, 7033 E Greenway Pkwy STE 250, Scottsdale, AZ 85254, USA.

**<u>Exhibit A</u>**

**Corporate Structure Chart**

**Inspired Healthcare Capital Holdings, LLC, et al.**
**Organizational Chart**



**Note: Unless otherwise stated, ownership is 100%**

**Legend**

| | | |
|---|---|---|
| Encumbered (Loan) | Non-Debtor | Legacy Property Management |
| Encumbered (Other Lien) | DST Entity | Holdings Owned Community |
| Non-Core Asset | ST Entity | Community in Development / Land for Development |
| | MT Entity | Ancillary Verticals |

Trust Agreement — Master Lease Agreement of Substantially all of DST Assets

## Exhibit B

**List of Ownership Interests**

| Inspired Healthcare Capital Fund LP | | |
|---|---|---|
| **Equity Holder** | **Address of Equity Holder** | **Percentage of Equity Held** |
| INSPIRED HEALTHCARE CAPITAL, LLC | 7033 E GREENWAY PKWY STE 250 SCOTTSDALE, AZ 85254 USA | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name  Inspired Healthcare Capital Fund LP

United States Bankruptcy Court for the:  Northern _____ District of Texas
(State)

Case number (If known):  26-[_____] (_____)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration Corporate Ownership Statement/List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2026         ✗ /s/ M. Benjamin Jones _____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

M. Benjamin Jones _____
Printed name

Chief Restructuring Officer _____
Position or relationship to debtor